UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CRAWFORD, JR.,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:19-cv-01574-RFB-BNW<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 17)** |

In this habeas corpus action, the petitioner, William Crawford, Sr., represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by October 29, 2020. *See* Order entered July 1, 2020 (ECF No. 15) (120 days to file second amended petition).

On October 29, 2020, Petitioner filed a motion for extension of time (ECF No. 17), requesting a 90-day extension of time, to January 27, 2021, to file his second amended petition. This would be the first extension of this deadline. Petitioner's counsel states in the motion that the extension of time because of his obligations in other cases. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. The Court will grant this motion for extension of time.

However, in light of the amount of time that Crawford will have had to file the second amended petition—more than a year from appointment of counsel—the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 17) is **GRANTED**. Petitioner will have until and including **January 27, 2021**, to file his second amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 1, 2020 (ECF No. 15) will remain in effect.

DATED THIS 1st day of December, 2020.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE