UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CRAWFORD, JR.,<br><br>　Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>　Respondents. | Case No. 2:19-cv-01574-RFB-BNW<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 31)** |

　　In this habeas corpus action, the respondents filed a motion to dismiss on May 27, 2021. ECF No. 23. Petitioner William Crawford, Jr., represented by appointed counsel, filed an opposition to the motion to dismiss (ECF No. 28) and a motion for leave to conduct discovery (ECF No. 30) on September 9, 2021. Respondents were then due to file a reply in support of their motion to dismiss and a response to the discovery motion by October 12, 2021. See ECF No. 15 (30 days from September 9 was October 9, a Saturday; Monday, October 11 was a holiday).

　　On October 11, 2021, Respondents filed a motion for extension of time (ECF No. 31), requesting an extension of time to October 25, 2021, to file the reply in support of their motion to dismiss and the response to the discovery motion. That would be a 13-day extension of time. It would be the first extension of this deadline. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 31) is **GRANTED**. Respondents will have until and including **October 25, 2021**, to file a reply in support of their motion to dismiss and a response to Petitioner's motion for leave to conduct discovery.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 1, 2020 (ECF No. 15) will remain in effect.

DATED THIS 12th day of October, 2021.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE