UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM CRAWFORD, JR. <br>           Petitioner, <br> v. <br><br> JERRY HOWELL, et al., <br><br>           Respondents. | Case No. 2-19-cv-01574-RFB-BNW <br><br> **ORDER TO PRODUCE FOR VIDEOCONFERENCE WILLIAM CRAWFORD, JR., #1129217** |

TO:   WILLIAM HUTCHINGS, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **WILLIAM CRAWFORD, JR., #1129217**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall arrange for and produce **WILLIAM CRAWFORD, JR., #1129217,** on or about February 7, 2022, at the hour of 10:00 am., for a **videoconference motion hearing** by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **WILLIAM CRAWFORD, JR., #1129217,** is released and discharged by the said Court; and that **WILLIAM CRAWFORD, JR., #1129217,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 2nd day of February, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**